Exhibit B, Defendant's Notice of Removal

EFILED Document
CO Boulder County District Court 20th JD
Filing Date: Jul 6 2011 2:52PM MDT
Filing ID: 38539668
Review Clerk: N/A

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 6TH Street<br>Boulder, CO 80302 | |
| **Plaintiff(s):** MARK D. KENNEDY<br><br>**Defendant(s):** MICKEY CHIANESE, by his next friend, MAURICE J. CHIANESE; MAURICE J. CHIANESE, individually,; JOHN DOE and JANE DOE, whose true identities are unknown | Case Number: 2011 CV 22<br><br>Div: 3 |
| **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST PLEADING** | |

This matter comes before the Court on Motion of defendant, appearing for the limited purpose of the motion by counsel Douglas I. McQuiston, Law Offices of Douglas I. McQuiston, for Extension of Time to file their first pleading.

The Court has examined the Motion, and its file, and is fully informed. The Court finds the Motion is unopposed, and that good cause exists for the requested extension.

**It is therefore ordered:** Defendants, Mickey Chianese and Maurice Chianese, shall have three weeks, from the date of their Motion, June 22, 2011, or by July 12, 2011, within which to file their first pleading in this matter, whether the pleading is a Motion, Answer, or Notice of Removal.

Done on June 30, 2011.

BY THE COURT:

Lael E. Montgomery, District Court Judge