IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01806-RPM

MARK D. KENNEDY,

    Plaintiff,
v.

MICKEY CHIANESE, by his next friend, Maurice J. Chianese, and
MAURICE J. CHIANESE,

    Defendants.

_____

## ORDER TO FILE COPIES OF STATE COURT PLEADINGS
_____

The notice of removal filed in this case did not have a copy of the complaint attached as required by 28 U.S.C. § 1446(a).  It is

ORDERED, that the defendants shall forthwith file a copy of the complaint and all other pleadings from the state court.

DATED:   July 12th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge