IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01806-RPM

MARK D. KENNEDY,

 Plaintiff,
v.

MICKEY CHIANESE, by his next friend, Maurice J. Chianese, and
MAURICE J. CHIANESE,

 Defendants.

---

ORDER DENYING MOTION TO REMAND

---

Upon reviewing the pleadings in this civil action, it is

ORDERED that the plaintiff's motion to remand, filed August 9, 2011, is denied.

DATED: August 30th, 2011

            BY THE COURT:

            s/Richard P. Matsch
            _____
            Richard P. Matsch, Senior Judge