IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01806-RPM

MARK D. KENNEDY,

    Plaintiff,

v.

MICKEY CHIANESE, by his next friend, Maurice J. Chianese, and
MAURICE J. CHIANESE,

    Defendants.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [23] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DATED: September 29th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge